587 A.2d 310

Larry M. RUVO, Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (INTERNATIONAL COMMUNICATION MATERIAL, INC.).

Supreme Court of Pennsylvania.

Argued March 5, 1991.

Decided March 21, 1991.

James C. Warmbrodt, Pittsburgh, for appellant.

Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for appellee W.C.A.B.

Francis J. DiSalle, Faderewski & Herrington, Harry M. Rosensteel, Pittsburgh, for appellee Intern. Communication Material, Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.